## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3668 | **DATE** | 8/1/2008 |
| **CASE TITLE** | Ann Johnson vs. Fountains Crystal Lake Limited Partnership, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to remand [10] is granted. This case is hereby remanded to the Circuit Court of Cook County. Motion hearing set for 8/6/2008 is vacated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|